# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

LITTLETON MILLWORK, INC.

       Plaintiff,

v.                                         05CA12613-MEL

CONCORD LUMBER CORPORATION d/b/a LITTLETON MILLWORK,

       Defendant.

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties to the above-referenced action hereby stipulate and agree that it be dismissed as to all claims, counterclaims and cross-claims, with prejudice and without costs, interest, or attorney's fees in accordance with Fed. R. Civ. P. 41(a)(1), and with all rights of appeal waived.

Dated:  August 17, 2007

| Littleton Millwork, Inc. | Concord Lumber Corporation |
|---|---|
| By its attorneys, | By its attorneys, |
| | |
| /s/ Douglas G. Verge | /s/ John W. Scruton |
| Maria Recalde, BBO# 552831 | Louis M. Ciavarra, BBO# 546481 |
| Douglas G. Verge, BBO# 649242 | Ryan T. Killman, BBO# 654562 |
| Sheehan Phinney Bass + Green, PA | Bowditch & Dewey, LLP |
| One Boston Place, 38th Floor | 311 Main St., P.O. Box 15156 |
| Boston, MA  02108 | Worcester, MA 01615-0156 |
| (617) 897-5600 | (508) 926-3408 |
| | |
| | John W. Scruton, KY Bar#85741 |
| | Stites & Harbison, PLLC |
| | 400 West Market St., Suite 1800 |
| | Louisville, KY 40202 |
| | (502) 587-3400 |

**<u>SO ORDERED</u>**.

Dated: _____, 2007          _____
                                        Joseph L. Tauro
                                        United States District Judge